NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Megan A. Richmond, Esq. SBN 170753
MEGAN A. RICHMOND, APC
9255 Towne Centre Drive, Suite 500
San Diego, CA  92121
Tel: (714) 349-0555
Fax: (858) 622-0411
Email: mrichmondlaw@bigplanet.com

ATTORNEYS FOR  Plaintiff IVY PHAM

**FILED**

BY:

CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

11 JUN 23 AM 10: 53

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IVY PHAM

Plaintiff(s),

v.

COUNTY OF LOS ANGELES, a California
Municipality,

Defendant(s)

CASE NUMBER

CV11-05240 PCG (AJWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

FAX FILE

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff IVY PHAM
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible
disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
| --- | --- |
| (List the names of all such parties and identify their connection and interest.) | |
| Plaintiff ARHTUR ELLERD,   No. 08-CV-07627 CAS (FFMx)<br>Plaintiff MARIE ALI       No. 08-CV-07627 CAS (FFMx) | All actions will call for determinations of numerous questions of law which were presented in the ELLERD and ALI Actions, including standards for entitlement to overtime compensation under the FLSA and the numerous complex regulations |
| Plaintiff LELA BOHANNON       (to be filed and assigned)<br>Plaintiff SIDNEY CHOW          "              "<br>Plaintiff KATHY HAO            "              "<br>Plaintiff RLYNN SMITH-THOMAS "          " | promulgated thereunder. (See, L.R. 83-1.3.1(b).) |

June 22, 2011

Date

Sign

Megan A. Richmond, Esq.

Attorney of record for or party appearing in pro per

CV-30 (04/10)                         NOTICE OF INTERESTED PARTIES