NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Megan A. Richmond, Esq. SBN 170753
MEGAN A. RICHMOND, APC
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Tel: (714) 349-0555
Fax: (858) 622-0411
Email: mrichmondlaw@bigplanet.com

ATTORNEYS FOR Plaintiff IVY PHAM

FILED 11 JUN 23 AM 10: 53 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IVY PHAM | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV11-05240 PSG (AJWx) |
| v. | |
| COUNTY OF LOS ANGELES, a California Municipality, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | FAX FILE |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff IVY PHAM (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Plaintiff ARHTUR ELLERD, No. 08-CV-07627 CAS (FFMx) | All actions will call for determinations of numerous questions of law which were presented in the ELLERD and ALI Actions, including standards for entitlement to overtime compensation under the FLSA and the numerous complex regulations promulgated thereunder. (See, L.R. 83-1.3.1(b).) |
| Plaintiff MARIE ALI    No. 08-CV-07627 CAS (FFMx) | |
| Plaintiff LELA BOHANNON   (to be filed and assigned) | |
| Plaintiff SIDNEY CHOW         "                            " | |
| Plaintiff KATHY HAO            "                            " | |
| Plaintiff RLYNN SMITH-THOMAS  " | |

June 22, 2011
Date

Sign _(signature)_

Megan A. Richmond, Esq.
Attorney of record for or party appearing in pro per

CV-30 (04/10)                         NOTICE OF INTERESTED PARTIES

Megan A. Richmond, Esq. SBN 170753
MEGAN A. RICHMOND, APC
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (714) 349-0555
Facsimile: (858) 622-0411
E-Mail: mrichmondlaw@bigplanet.com

Attorneys for Plaintiff, IVY PHAM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY PHAM,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a California Municipality,<br><br>  Defendant. | Case No. CV11-05240 PSG (AJWx)<br><br>NOTICE OF RELATED CASE PURSUANT TO L.R. 83-1.3 |

This Notice of Related Case – Refiled Action is filed on behalf of Plaintiff, IVY PHAM (hereinafter "Plaintiff"):

APPLICABLE RULES

Local Rule 83-1.2.2 provides:

"L.R. 83-1.2.2 Duty on Refiling of Actions. Whenever an action is dismissed by a party or by the Court before judgment and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action, the later-filed action shall be assigned to the judge to whom the first-filed action was assigned. It shall be the duty of every attorney in any such later-filed action to bring those facts to the attention of the Court in the Civil Cover Sheet and by the filing of a Notice of Related Case(s) pursuant to L.R.

83-1.3."

(See, L.R. 83-1.2.2.)

Local Rule 83-1.3.1 provides, inter alia:

"L.R. 83-1.3.1 Notice. At the time a civil action (including a notice of removal or bankruptcy appeal) is filed, or as soon as known thereafter, the attorney shall file and serve on all parties who have appeared a Notice of Related Case(s), stating whether any action previously filed or currently pending in the Central District and the action being filed appear:

"(a) To arise from the same or a closely related transaction, happening or event; or

"(b) To call for determination of the same or substantially related or similar questions of law and fact; or

"(c) For other reasons would entail substantial duplication of labor if heard by different judges ...

\*   \*   \*

"The Notice of Related Case(s) shall also include a brief factual statement setting forth the basis for the attorney's belief that the action qualifies for related case transfer.

"The Notice of Related Case also shall be served concurrently with service of the complaint."

(See, L.R. 83-1.3.1. [Emphasis added.])

BRIEF FACTUAL STATEMENT

This is an action for recovery of unpaid overtime compensation pursuant to the Fair Labor Standards Act. The Defendant is the County of Los Angeles (hereinafter the "County").

Plaintiff was previously a plaintiff in the conditionally-certified collective action styled, "Ellerd v. County of Los Angeles", Case No. CV08-04289 CAS (FFMx) (hereinafter the "Ellerd Action"). On February 17, 2011, the Court granted the

2

Pham v. County of Los Angeles                       Case No.
Notice of Related Case

County's Motion to De-Certify the Ellerd Action, which had the effect of dismissing Plaintiff from the Ellerd Action. (Cf.: L.R. 83-1.2.2. ["Whenever an action is dismissed ... the later-filed action shall be assigned to the judge to whom the first-filed action was assigned ..."]) Plaintiff's Complaint in the above-captioned civil action asserts the same claims on the same grounds as this Plaintiff had asserted in the Ellerd Action. The County is the same Defendant in both actions.

Plaintiff's claim asserted in the above-captioned civil action arises from the same, or a closely related, transaction, happening, or event, as does the still-pending claim in the Ellerd Action because the Ellerd Plaintiff, like Plaintiff in the above-captioned civil action, seeks recovery of overtime compensation earned while working for the County as an Adult Protective Services Social Worker. The circumstances and conditions of these two Plaintiffs' employment are believed to be substantially similar, if not identical. (See, L.R. 83-1.3.1(a).) These two actions call for determinations of numerous identical questions of law, including standards for entitlement to overtime compensation under the FLSA and the numerous complex regulations promulgated thereunder. (See, L.R. 83-1.3.1(b).) These two actions also call for determinations of numerous identical questions of fact, such as the County's policies, practices and procedures, and the actual requirements of the Plaintiffs' jobs. (See, L.R. 83-1.3.1(b).)

This action is filed concurrently with four (4) other new actions brought by others whose claims were dismissed from the Ellerd Action upon de-certification, and all five (5) newly-filed actions are related to each other for the same reasons as are stated above.

The above-captioned civil action is also related to the recently-settled collective action styled, "Ali v. County of Los Angeles", Case No. CV08-07627 CAS (FFMx) (hereinafter the "Ali Action"). This action will call for determinations of numerous questions of law which were presented in the Ali Action, including

*Megan A. Richmond, APC*

1 | standards for entitlement to overtime compensation under the FLSA and the numerous complex regulations promulgated thereunder. (See, L.R. 83-1.3.1(b).)

For the reasons stated above, it would appear that substantial duplication of judicial effort would result if these cases were heard by different judges.

Dated: 17 June 2011        Respectfully submitted,

MEGAN A. RICHMOND APC

*/s/ Megan A. Richmond*

_____

Megan A. Richmond, Esq.